**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD E. SCHATZEL,

    Plaintiff,

vs.

    Case No. 3:19-cv-888-J-34PDB

DUVAL COUNTY SCHOOL
BOARD/DISTRICT, et al.,

    Defendants.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 14; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on December 16, 2019. In the Report, Judge Barksdale recommends that this case be dismissed, without prejudice, as to those Defendants who have not yet been served. See Report at 2. Plaintiff has failed to file objections to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.   Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 14) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** as to Defendants Duval County School Board/District; Leslie Russell and successors; Erica Harding; John/Jane Doe; Mrs. Bravo; John Zeigler and successor(s); Karen Roush; Lisa Burkert; Doreen Sams and successor; Jan King; D.B.A./International Brotherhood of Teamsters (IBT) Local 512; Jim Shurling; and Stewart Cauthan.

3. The Clerk of the Court is directed to terminate these Defendants from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of January, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties